## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANI, : No. 345 EAL 2018
:
          Respondent : 
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
       v. :
:
:
ROBERT JUNIOUS, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.